IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 20-03516/MCF |
| KIAMESHA GARAY BORRERO | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

## CERTIFICATE OF SERVICE
## RE: CHAPTER 13 PLAN
## DATED SEPTEMBER 3, 2020 DOCKET NO 3

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for the Debtor, certify that on September 8, 2020, a true copy of the *Debtor's Chapter 13 Plan,* filed in the above captioned case, Docket No. 3, was sent via U.S. Postal Service certified mail, to the following:

**José Rafael Fernández, President Oriental Bank, PO Box 195115, San Juan PR 00919-5115, Certified U.S. Mail #70171070000105981414**

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 8th day of September, 2020.

/s/*Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfc@rfigueroalaw.com



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7017 1070 0001 0598 1414

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee    $3.55                    0725
$                                               10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____    Postmark
☐ Certified Mail Restricted Delivery $ _____    Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage    $0.55
$
Total Postage and Fees                         09/08/2020
$

Sent To  Jose Rafael Fernandez, President
         Oriental Bank
Street and Apt. No., or PO Box No.
         PO Box 195115
City, State, ZIP+4®
         San Juan  P.R. 00919-5115

PS Form 3800, April 2015    See Reverse for Instructions