IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

KIAMESHA GARAY BORRERO

DEBTOR

CASE NO 20-03516 MCF

CHAPTER 13

## DEBTOR'S MOTION SUBMITTING DOCUMENTS
## RE: MOTOR VEHICLE VALUATION

**TO THE HONORABLE COURT:**

**NOW COMES, KIAMESHA GARAY BORRERO**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting the following documents:

    a. Copy of Kelley Blue Book's valuation of the Debtor's 2015 Mitsubishi Outlander motor vehicle; and
    b. Copy of photographs recently taken of the interior and exterior of the Debtor's motor vehicle, including a photo of its odometer showing the vehicle's approximate actual mileage (41,714).

**WHEREFORE** the Debtor respectfully requests that this Honorable Court allow the documents submitted with this motion and grant all other remedies which are proper and just, in the above captioned case.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee Jose R. Carrion Morales; the U.S Trustee's Office; and to all Cm/ECF participants; I also certify that I have mailed by United States Postal Service a copy of this motion to the following non CM/ECF participants: the Debtor Kiamesha Garay Borrero, PO Box 138 Caguas PR 00726; William Santiago Sastre, Esq., De Diego Law Offices, PSC, Counsel For Oriental Bank, PO Box 79552 Carolina PR 00984-9552 and via email: wssbankruptcy@gmail.com, in the above captioned case.

Page -2-
Case no. 20-03516 MCF13
Motion Submitting Documents

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 20th day of October, 2020.

/s/ Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186
CAGUAS PR 00726
TEL. NO. 787-744-7699; 787-963-7699
FAX: 787-746-5294
EMAIL: rfc@rfigueroalaw.com

https://www.kbb.com/mitsubishi/outlander/2015/es-sport-utility-4d/?category=suv&cond...

Used 2015 Mitsubishi Outlander ES Sport Utility 4D Prices | Kelley Blue Book

10/20/2020, 11:25 AM

Home / Mitsubishi / Outlander / 2015 / ES Sport Utility 4D

Advertisement

Used Car Prices

# 2015 Mitsubishi Outlander

ES Sport Utility 4D

Caguas, PR 00725

Edit Options  Typical Mileage: 41,714  Edit

See Trade-in Value

**27 MPG**
Combined Fuel Economy

4.7 ★ Consumer

3.1 ★ KBB.com

**Search Available Vehicles**

**Popular Now** 10 Best Car Deals in April 202...

Ad

Advertisement

Advertisement

Advertisement

Ad

**Popular Now** 10 Best Car Deals in April 202...

## Pricing

Updated weekly, pricing for the **2015 Mitsubishi Outlander ES Sport Utility 4D** is based on the options you chose.

Buy from a Dealer          Buy Certified from a Dealer

1 of 71

https://www.kbb.com/mitsubishi/outlander/2015/es-sport-utility-4d/?category=suv&cond...

Used 2015 Mitsubishi Outlander ES Sport Utility 4D Prices | Kelley Blue Book



Private Party Range
**$8,586 - $10,471**
Private Party Value
**$9,529**

ⓘ Important info & Definitions

Based on
Good Condition

Valid for ZIP Code 00725 through 10/19/2020

Dealer Home Service
**We'll Bring This Vehicle to You.**

Popular Now 10 Best Car Deals in April 202...

Ad

10/20/2020, 11:25 AM

3 of 14
















