# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **KIAMESHA GARAY BORRERO**
SSN xxx-xx-4787

Debtor(s)

CASE NO: **20-03516-MCF**

**Chapter 13**

- AMENDED -

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$128.00**    Outstanding (Through the Plan): **$3,872.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00   Estimated Priority Debt: $0.00**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Sep 03, 2020 (Dkt 3)**   **Plan Base: $18,000.00**

**The Trustee:**   ☐ DOES NOT OBJECT   ☑ **OBJECTS**  Plan Confirmation   Gen. Uns. Approx. Dist.: TBD %

The Trustee objects to confirmation for the following reasons:

[1325(a)(5)] Plan fails to comply with required treatment of allowed Secured Claims.

- 1325 (a)(5)(A): Secured creditor(s) provided for in the plan has/have NOT ACCEPTED the same.

The plan proposes the payment of the value of the collateral to Oriental Bank.

Claim filed $18,983.68 vs section 3.2 provides $8,350.00.

Creditor filed Objection to Confirmation of plan (dkt. 15)

Note: Debtor is not receiving the child support payment because the person moved o the United States. ASUME is trying to contact the person to request the the payment.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: October 26, 2020

/s/ Juliel Perez, Esq.

Last Docket Verified: 16   Last Claim Verified: 2   CMG: NM